IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
SEP 24 2021
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY DWAYNE JACKSON,<br><br>　　　　Defendant. | 4:21CR3118<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1), (b)(1)<br>21 U.S.C. § 851<br>18 U.S.C. § 2 |

The Grand Jury charges that

### COUNT I

On or about January 21, 2021, in the District of Nebraska, Defendant ANTHONY DWAYNE JACKSON did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

Before ANTHONY DWAYNE JACKSON committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under Neb. Rev. Stat. 28-416(1)(2)(A) Delivery or Possession with Intent to Deliver a Controlled Substance in Lancaster County (NE) District Court in case number, CR10-610, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

In violation of Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 841(b)(1); and Title 21, United States Code, Section 851.

## COUNT II

On or about January 28, 2021, in the District of Nebraska, Defendant ANTHONY DWAYNE JACKSON did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

Before ANTHONY DWAYNE JACKSON committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under Neb. Rev. Stat. 28-416(1)(2)(A) Delivery or Possession with Intent to Deliver a Controlled Substance in Lancaster County (NE) District Court in case number, CR10-610, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

In violation of Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 841(b)(1); and Title 21, United States Code, Section 851.

## COUNT III

On or about February 25, 2021, in the District of Nebraska, Defendant ANTHONY DWAYNE JACKSON did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

Before ANTHONY DWAYNE JACKSON committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under Neb. Rev. Stat. 28-416(1)(2)(A) Delivery or Possession with Intent to Deliver a Controlled Substance in Lancaster County (NE) District Court in case number, CR10-610, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

In violation of Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 841(b)(1); and Title 21, United States Code, Section 851.

## COUNT IV

On or about March 4, 2021, in the District of Nebraska, Defendant ANTHONY DWAYNE JACKSON did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

Before ANTHONY DWAYNE JACKSON committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under Neb. Rev. Stat. 28-416(1)(2)(A) Delivery or Possession with Intent to Deliver a Controlled Substance in Lancaster County (NE) District Court in case number, CR10-610, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

In violation of Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 841(b)(1); and Title 21, United States Code, Section 851.

## COUNT V

On or about March 5, 2021, in the District of Nebraska, Defendant ANTHONY DWAYNE JACKSON did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance; and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

Before ANTHONY DWAYNE JACKSON committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under Neb. Rev. Stat. 28-416(1)(2)(A) Delivery or Possession with Intent to Deliver a Controlled Substance in

Lancaster County (NE) District Court in case number, CR10-610, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

In violation of Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 841(b)(1); and Title 21, United States Code, Section 851.

## COUNT VI

On or about March 8, 2021, in the District of Nebraska, Defendant ANTHONY DWAYNE JACKSON did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance; and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

Before ANTHONY DWAYNE JACKSON committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under Neb. Rev. Stat. 28-416(1)(2)(A) Delivery or Possession with Intent to Deliver a Controlled Substance in Lancaster County (NE) District Court in case number, CR10-610, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

In violation of Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 841(b)(1); and Title 21, United States Code, Section 851.

## COUNT VII

On or about April 8, 2021, in the District of Nebraska, Defendant ANTHONY WAYNE JACKSON did knowingly and intentionally possess with intent to distribute a detectable amount of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

Before ANTHONY DWAYNE JACKSON committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under Neb. Rev. Stat. 28-416(1)(2)(A) Delivery or Possession with Intent to Deliver a Controlled Substance in Lancaster County (NE) District Court in case number, CR10-610, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

In violation of Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 841(b)(1); Title 21, United States Code, Section 851; and Title 18, United States Code Section 2.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By: _____
JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney